**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

*Guss Sims*                              v.   *Arizona Attorney General, et al.*

THE HONORABLE JOHN W. SEDWICK            CASE NO. 2:04-cv-01784-JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**     Date:  September 20, 2006

---

    In a thorough report at docket 19, Magistrate Judge Estrada recommends that petitioner's motion to withdraw his petition at docket 15 be denied and that the petition be dismissed as untimely.  No objections have been filed.

    This court reviews the recommendation pursuant to the following standard: Recommended factual findings as to which an objection is taken and recommended conclusions of law are reviewed *de novo*.  Recommended factual findings as to which no objection is taken are reviewed for clear error.  Applying that standard, this court finds that the recommendation at docket 19 is entirely correct.  This court adopts it. Base thereon, the motion at docket 15 is **DENIED**, and the petition is **DISMISSED** as untimely.  The Clerk will please close the case file.

---